UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN TILLMAN, | ) | NO. CV 07-6306-MMM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J.L. NORWOOD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: APR 14 2009

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE